**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 310 WAL 2018

Respondent                    :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court

v.                               :

                            :

GARY CALHOUN,              :

                            :

Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**. Respondent's Application for Leave to File No Merit Response Letter Nunc Pro Tunc is **GRANTED**.